1   DAVID L. ANDERSON (CABN 149604)
    United States Attorney
2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,              )   CASE NO. CR 19-0381-11 CRB
                                           )
12          Plaintiff,                     )
                                           )
13     v.                                  )   VIOLATION:
                                           )   21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to
                                           )   Distribute and Possess with Intent to Distribute
14  ALEX GOMES BARRIENTOS,                 )   Controlled Substances
        a/k/a "Axel Gamez,                 )
15                                         )
                                           )
    Defendant.                             )
16

17                        I N F O R M A T I O N

18  The United States Attorney charges:

19  COUNT ONE:        (21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C) – Conspiracy to Distribute and
20                    Possess with Intent to Distribute Methamphetamine, Heroin, and Cocaine Base)

21      Beginning on a date unknown, but no later than in or about January 2019, and continuing to on

22  or about July 30, 2019, in the Northern District of California and elsewhere, the defendant,

23                          ALEX GOMES BARRIENTOS,
                                a/k/a "Axel Gamez,
24

25  did knowingly and intentionally conspire to distribute and possess with intent to distribute controlled

26  substances, specifically, a mixture and substance containing a detectable amount of methamphetamine,

27  its salts, isomers, and salts of its isomers, a Schedule II controlled substance; a mixture and substance

28  containing a detectable amount of heroin, a Schedule I controlled substance; and a mixture and

INFORMATION                                1

1  substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in

2  violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(C).

3  FORFEITURE ALLEGATION:      (21 U.S.C. § 853(a))

4      The allegations contained above are hereby re-alleged and incorporated by reference for the

5  purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

6      Upon conviction of any the offense alleged in Count One above, the defendant,

7                              ALEX GOMES BARRIENTOS,
                                  a/k/a "Axel Gamez,
8

9  shall forfeit to the United States all right, title, and interest in any property constituting and derived from

10  any proceeds the defendants obtained, directly or indirectly, as a result of such violations, and any

11  property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of

12  such violations, including but not limited to a forfeiture money judgment.

13      If any of the property described above, as a result of any act or omission of the defendants:

14          a.      cannot be located upon exercise of due diligence;

15          b.      has been transferred or sold to, or deposited with, a third party;

16          c.      has been placed beyond the jurisdiction of the court;

17          d.      has been substantially diminished in value; or

18          e.      has been commingled with other property which cannot be divided without

19                  difficulty,

20  the United States of America shall be entitled to forfeiture of substitute property of the defendant

21  pursuant to Title 21, United States Code, Section 853(p), up to the value of the property described

22  above.

23      All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal

24  Procedure 32.2.

25  DATED: __December 15, 2020_____            DAVID L. ANDERSON
                                               United States Attorney
26

27                                              ____/s_____
                                               SAILAJA M. PAIDIPATY
28                                             Assistant United States Attorney

INFORMATION                                   2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28